CLD-409

# UNITED STATES COURT OF APPEALS
# FOR THE THIRD CIRCUIT

No. 07-2560
_____

LOUIS PAUL TOSCANO,

Appellant

v.

MAGELLAN HEALTH SERVICES,
also known as Green Spring of New Jersey,
also known as Merit Behavioral Care

_____

On Appeal from the United States District Court
For the District of New Jersey
(D.C. Civ. No. 05-cv-04832)
District Judge: Honorable Garrett E. Brown, Jr.

_____

Submitted for Possible Dismissal Under 28 U.S.C. § 1915(e)(2)(B) or Summary Action
Under Third Circuit LAR 27.4 and IOP 10.6
September 27, 2007
Before: RENDELL, SMITH and JORDAN, Circuit Judges

_____

## JUDGMENT
_____

This cause came on to be heard on the record from the United States District Court

for the District of New Jersey and was submitted for possible dismissal under 28 U.S.C. §

1915(e)(2)(B) or summary action under Third Circuit LAR 27.4 and I.O.P. 10.6.  On

consideration whereof, it is now here

ORDERED AND ADJUDGED by this court that the appeal is dismissed under 28

U.S.C. § 1915(e)(2)(B).  All of the above in accordance with the opinion of this court.

ATTEST:

/s/ Marcia M. Waldron
Clerk

DATED: October 18, 2007

**Certified as a true copy and issued in lieu
of a formal mandate on March 26, 2008**

**Teste: /s/ Marcia M. Waldron**
**Clerk, U.S. Court of Appeals for the Third Circuit**

*Marcia M. Waldron*

Marcia M. Waldron, Clerk